**Lauriano Cervantes MENDOZA, Petitioner,**

v.

**Michael B. MUKASEY, Attorney General, Respondent.**

No. 06–73303.

United States Court of Appeals, Ninth Circuit.

Submitted April 22, 2008.*

Filed May 5, 2008.

Gary Finn, Law Offices of Gary Finn, Indio, CA, for Petitioner.

Mary Jane Candaux, Joanne E. Johnson, Jennifer L. Lightbody, DOJ—U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, CAS—

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

District Counsel, Office of the District Counsel Department of Homeland Security, San Diego, CA, Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: GRABER, FISHER, and BERZON, Circuit Judges.

### MEMORANDUM **

Lauriano Cervantes Mendoza, a native and citizen of Mexico, petitions for review of an order of the Board of Immigration Appeals ("BIA") dismissing his appeal from an immigration judge's removal order. Our jurisdiction is governed by 8 U.S.C. § 1252, *Fernandez–Ruiz v. Gonzales*, 468 F.3d 1159, 1163 (9th Cir.2006), and we review questions of law de novo, *id.* We dismiss the petition for review in part and deny it in part.

We lack jurisdiction to review Cervantes Mendoza's due process contention, as it was not exhausted before the BIA. *See Barron v. Ashcroft*, 358 F.3d 674, 678 (9th Cir.2004) (exhaustion is mandatory and jurisdictional).

The BIA correctly concluded that Cervantes Mendoza's conviction was final for immigration purposes. *See Grageda v. INS*, 12 F.3d 919, 921 (9th Cir.1993) ("[B]ecause Grageda had exhausted his direct appeals and because the coram nobis petitions were collateral attacks, his conviction was final [for immigration purposes].").

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

**PETITION FOR REVIEW DISMISSED in part; DENIED in part.**